# U.IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| USA | ) | Case No: 22 CR 31-1 |
| v. | ) | |
| | ) | Magistrate Judge: Gabriel A. Fuentes |
| Cody Vollan | ) | |

## **ORDER**

    Initial Appearance and Removal hearings held. By agreement and consent of all parties and pursuant to the CARES Act, all parties appear by telephone conference. Defendant Cody Vollan appears in response to arrest in this district on 1/19/22 under a complaint and an arrest warrant issued in the District of Columbia. Defendant advised of charges and informed of his rights and of prosecutorial obligations per Rule 5(d) and (f). Upon review of the tendered financial affidavit, the Court finds that Defendant is unable to afford counsel. The Court hereby appoints Seema Ahmad from the Federal Defender Program as counsel for Defendant for Initial Appearance and Removal hearings in this district only. Defendant waives the identity hearing. The Court enters a finding of identity. Defendant is advised of his right to a Rule 5.1 preliminary hearing in this district or in the District of Columbia on the 18 U.S.C. Section 1752 charges. Defendant confirmed on the record that he waives his right to a preliminary examination hearing in the Northern District of Illinois and reserves his right to have the hearing held in the District of Columbia per Rule 5.1(b). The Government and defendant agree on conditions of release, which the Court accepts. Defendant released on a $10,000.00 appearance bond with conditions. Enter Order Setting Conditions of Release. Defendant is ordered released after processing. Terminated defendant Cody Vollan. Defendant ordered removed to the District of Columbia for further proceedings. As stated on the record, the Court orders the defendant to appear in the District of Columbia where the charges are pending to answer those charges. Enter order (attached). As stated on the record, the Court orders the defendant to appear for a hearing via Zoom before Magistrate Judge G. Michael Harvey on 1/27/22 at 1:00 p.m. (via video conference using the link that was provided and as directed by the District Court for the District of Columbia) at the U.S. District Court, District of Columbia, 333 Constitution Ave. NW, Washington, DC 20001. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings.

(T: 00:50)

Date: January 19, 2022          /s/ _____
                                                         GABRIEL A. FUENTES
                                                         UNITED STATES MAGISTRATE JUDGE